# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| LANCE GERALD MILLIMAN and<br>B.J. MILLIMAN TRUCKING, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STEARNS,<br>JANELLE KENDALL, SHAN WANG,<br>PATRICK MOEN,<br>WILLIAM MACPHAIL, CITY OF<br>PAYNESVILLE, KENT KORTLEVER,<br>JOSEPH SCHMITZ, EDEN VALLEY<br>BANCSHARES, INC., and STATE<br>BANK IN EDEN VALLEY,<br><br>Defendants. | Civil No. 11-3636 (JRT/LIB)<br><br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Lance Gerald Milliman, 60009 373rd Street, Eden Valley, MN 55329, plaintiff *pro se*.

Jason M. Hiveley and Amanda L. Stubson, **IVERSON REUVERS, LLC**, 9321 Ensign Avenue South, Bloomington, MN 55438, for defendants County of Stearns, Kendall, Wang, Moen, MacPhail, City of Paynesville, Kent Kortlever, and Schmitz.

James Leslie Wiant and Roger C. Justin, **RINKE NOONAN**, P.O. Box 1497, St. Cloud, MN 56302, for defendants Eden Valley Bancshares, Inc., and State Bank in Eden Valley.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge Leo I. Brisbois. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's motion for review of costs [Docket No. 50] is **DENIED.**

DATED: April 18, 2013
at Minneapolis, Minnesota

        ___ s/John R. Tunheim _____
        JOHN R. TUNHEIM
        United States District Judge